CATHERINE WELCH, Respondent, *v.* DONALD D. WELCH, Appellant.

(Argued June 5, 1934; decided July 3, 1934,)

*Isidor B. Rosman* and *Joseph L. Hochman* for appellant.
*Denis M. Hurley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.